Gabriel H.T. Lau
Pacific Tower B107
177B Mall Street
Tamuning, Guam 96913
Tel: 477-7154

U.S. District Court of Guam

Case No.: 18-00034

Gabriel H.T. Lau

    Plaintiff,

vs.

Jon Fernandez

Antonette Santos, and

Guam Department of Education

For Government of Guam

    Defendants

Initial Complaint

PRELIMINARY STATEMENT

Plaintiff is a person with a disability residing in the Territory of Guam. He has been discriminated and retaliated for employment with Gaum Department of Education under Title VII of the Civil Right Act of 1964 and Title I of the American with Disability Act of 1990 ("ADA") and Section 504 of the Rehabilitation Act of 1973, and "Retaliation". Plaintiff was given the "Right To Sue" Notice dated 06/22/18 as a result of his EEOC Complaint under Charge No.486-2018-00184. See Exhibits ( 1 ) & ( 2 ).

In addition, all Defendants above are in effect subjected to a charge of contempt to court ordered Settlement Agreement under Recital (I) of the Agreement. The Court has jurisdiction pursuant to Stipulation To Judgement to the aforesaid Settlement Agreement filed on 9/17/2013 (See document 86 "ECF86") and Judgement entered on 09/24/2013 (See document 88).

ORIGINAL

## BACKGROUND OF THE COMPLAINT

1. The Original Complaint was made to the Office of Civil Right ("OCR") of U.S. Department of Education on 06/20/17. See Exhibit ( ). On Nov 30 2017, OCR replied that they have limited authority to address race, national origin and disability discrimination in employment. As a result, OCR referred Plaintiff Lau's aforesaid complaints and allegations to EEOC for investigation. See Exhibits ( 3 ) & ( 4 ).

2. On Wed 2/21/2018, Emily Mauga of EEOC (Honolulu Office) sent Plaintiff Lau an e-mail stated that they were transferred with a complaint from the US Dept of Education regarding a complaint against Guam Dept of Education. See Exhibit ( 5 ).

3. Plaintiff Lau has been asking assistance and guidance from the U.S. House of Representative, Office of Congresswoman Bordallo, regarding his EEOC and OCR complaints since the beginning of year 2018.

4. On April 12 2018, EEOC sent a letter alongwith a Charge Form bearing the EEOC Charge No.486-2018-00184, which Plaintiff Lau signed and submitted on May31,2018. See Exhibit ( ).

5. On 6/22/18, Plaintiff Lau received a Dismissal and Notice of Suit Reights. However, the dismissal was given a reason by EEOC that the Charge was not timely filled. The U.S. House of Representative (Office of Congresswoman Bordallo) intervened with the deadline issues. See Exhibits ( 6 ) and ( 7 ).

6. Plaintiff Lau is now bringing the "Rights To Sue" given under EEOC Charge No.486-2018-00184 to the U.S. District Court, while waiting for the resolution of the timely filing issue with EEOC and the Office of Congresswoman Bordallo.

## REQUEST FOR RELIEF

Plaintiff respectfully requests the following relief:

1. Declaratory Judgment that Defendant DOE retaliated and discriminated against Plaintiff, as prohitited by and contrary to the U.S. Federal Labor and employment law protections, and EEOC protections.

2. Placement as permanent employee of the Department of Education, Government of Guam.

3. Backpay all the years of employments under discrimination.

4. General damages as may be proven.

5. Consequential and incidental damages as may be proven.

6. Damages for emotional distress based on the above misconducts as my be proven.

7. Attorney's fees accrued all these years.

8. Interest accrued on the fixed and calculable sum of loss of wages and salary.

9. Costs of court.

1o. Any further relief deemed just and appropriate in the premises.

Dated this ___21___ day of September, 2018.

Respectfully submitted by:

*Gabriel Lau* (signature)

Gabriel H.T. Lau

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Exhibit (1)

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gabriel H. Lau<br>Pacific Towers B-107, 177b Mall Street<br>Tamuning, GU 96913 | From: | Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 4-257<br>Honolulu, HI 96850 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2018-00184 | Emily Mauga,<br>Office Automation Asst | (808) 541-3118 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Glory Gernacio Saure,
Local Office Director

6/22/18
(Date Mailed)

Enclosures(s)

cc: **Margaret Cruz
EEO Officer
GUAM DEPT OF EDUCATION
500 Mariner Ave.
Barrigada, GU 96913**

OFFICE OF CONGRESSWOMAN
BORDALLO
DATE: July 11, 2018
TIME: 4:55 PM
RECEIVED BY: ___



Exhibit (2)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 486-2018-00184 and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gabriel H. Lau | | 1978 |

Street Address: Pacific Towers B-107, 177b Mall Street, Tamuning, GU 96913

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GUAM DEPARTMENT OF EDUCATION | 15 - 100 | (671) 475-0496 |

Street Address: 500 Mariner Ave., Barrigada, GU 96913

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-20-2017   Latest: 06-20-2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Over the last 8 years, I have filed several EEOC Charges against Respondent alleging disability discrimination and retaliation. On August 30, 2013, I entered into a Settlement Agreement with Respondent to resolve EEOC Charge No. 486-2009-00505. Subsequently, I was placed on the eligibility list for Guam Department of Education teaching positions. On February 18, 2014, I was issued a Teacher Referral for the Math teacher position at J.P. Torres Alternative School. School Principal Eleuterio Mesa interviewed and recommended me for hire. However, Respondent refused to hire me and issue me a "Notice of Assignment" for reasons I believe are retaliatory. As a result, I filed a legal action against Respondent alleging a Breach of Agreement

In early August 5, 2015, I submitted a new application with Respondent for the same Math Teacher position referenced above. On August 12, 2015, I was interviewed and recommended to be hired by Principal Mesa. On August 13, 2015, I was recommended for hire and the same day I was fired by Mrs. Santos. On September 2, 2016, I went to submit an employment application but was told by

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 05/31/18  x *Gabriel Lau*
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

EEOC HLO
MAY 31 2018
RECEIVED

SUBSCRIBED AND SWORN TO BEFORE ME
(month, day, year)

Case 1:18-cv-00034   Document 1   Filed 09/21/18   Page 5 of 13

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 486-2018-00184 |

State or local Agency, if any _____ and EEOC

Christopher Anderson to submit via email.
However, Respondent again denied me hire based on a recently implemented administrative clearance requirement. Though I provided information to meet the administrative clearance requirement, Respondent continues to deny me employment.
I believe Respondent is retaliating against me because of my disability in violation of the Americans with Disabilities of 1990, as amended. I also believe Respondent retaliated against me for opposing and complaining about discrimination, and sued them at U.S. District Court. The Chief of Staff of The U.S. House of Representatives will be assisting me, and providing guidance in organizing all substantial facts documents to support my charge of discrimination against Respondent. These documents will be submitted to EEOC once it is compiled.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 05/31/18    X  *Gabriel Lau* (signature)
Date              Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



Exhibit (3)

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

915 2ND AVE., SUITE 3310
SEATTLE, WA 98174-1099

NOV 3 0 2017

REGION X
ALASKA
AMERICAN SAMOA
GUAM
HAWAII
IDAHO
MONTANA
NEVADA
NORTHERN MARIANA
ISLANDS
OREGON
WASHINGTON

Gabriel Lau
B107 Pacific Tower
177 Mall Street
Tamuning, Guam 96913

Re: <u>Guam Department of Education</u>
OCR Reference No. 10171273

Dear Mr. Lau:

The U.S. Department of Education (Department), Office for Civil Rights (OCR) has completed its evaluation of the complaint you filed against Guam Department of Education (GDOE). In the complaint, you allege that GDOE discriminated against you in employment on the bases of disability and national origin and retaliated against you. As discussed below, OCR is referring your complaint to the Equal Employment Opportunity Commission (EEOC).

OCR enforces Title VI of the Civil Rights Act of 1964 (Title VI) and Section 504 of the Rehabilitation Act of 1973 (Section 504). These laws prohibit discrimination and retaliation on the bases of race, color, and national origin, and disability, respectively, in programs and activities operated by recipients of federal financial assistance. In addition, OCR has jurisdiction under Title II of the Americans with Disabilities Act of 1990 (Title II) over certain complaints of disability discrimination and retaliation against educational institutions and public entities. GDOE is a recipient of federal financial assistance from the Department and is a public entity. It must therefore comply with these laws.

With respect to your allegations of national origin discrimination, under Title VI, OCR has limited authority to address race and national origin discrimination in employment, and your allegation is not covered by the Title VI regulation. EEOC may have authority to investigate your complaint under Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination on the bases of race, color, national origin, sex, and religion.

With respect to your allegation of disability discrimination, under Section 504 and Title II, OCR refers individual employment complaints alleging disability discrimination to EEOC unless the complainant requests that OCR retain the complaint for processing. OCR has determined, however, that your allegations of disability discrimination are interrelated with your allegations of national origin discrimination. As a result, OCR is referring your disability discrimination allegations to EEOC in addition to your national origin discrimination allegations.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

For the foregoing reasons, OCR is closing your complaint and referring it to the EEOC Field Office at the following address:

Ms. Rosa Viramontes
District Director
Equal Employment Opportunity Commission
255 East Temple Street, 4th floor
Los Angeles, California 90012
Telephone: 1-800-669-4000
Web site: www.eeoc.gov

A representative of EEOC will contact you regarding the processing of your complaint. The date OCR received the complaint will be deemed the date it was received by EEOC. In accordance with government-wide regulations, OCR is notifying GDOE that a complaint has been filed and that it has been transferred to EEOC. Your name will not be included in the notification to GDOE. Enclosed are copies of OCR's letters to EEOC and to GDOE.

This letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public. This letter serves as OCR's final agency determination in this matter and there is no right of appeal. You may have the right to file a private suit in court regardless of OCR's determination.

This concludes OCR's consideration of this complaint. If you have any questions, please contact EEOC at the number shown above or contact me by phone at (206) 607-1603 or by e-mail at david.kauffman@ed.gov.

Sincerely,

David Kauffman
Staff Attorney

Enclosure

Exhibit (4)



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

915 2ND AVE., SUITE 3310
SEATTLE, WA 98174-1099

**NOV 3 0 2017**

REGION X
ALASKA
AMERICAN SAMOA
GUAM
HAWAII
IDAHO
MONTANA
NEVADA
NORTHERN MARIANA
 ISLANDS
OREGON
WASHINGTON

Ms. Rosa Viramontes
District Director
Equal Employment Opportunity Commission
255 East Temple Street, 4th floor
Los Angeles, California 90012

Re:  Complainant: Gabriel Lau
     Agency Complaint No.: 10171273
     Date Received: June 20, 2017

Dear Director Viramontes:

On June 20, 2017, the U.S. Department of Education, Office for Civil Rights (OCR) received a complaint against Guam Department of Education (GDOE) alleging national origin and disability discrimination in employment as well as retaliation.

OCR does not have authority under Title VI of the Civil Rights Act of 1964 to address the national origin discrimination in employment allegations. With respect to the disability discrimination in employment allegations, OCR's review of the complaint indicates that both OCR and the Equal Employment Opportunity Commission (EEOC) have jurisdiction over the allegations. OCR has determined that the allegations of disability discrimination are interrelated with the allegations of national origin discrimination.

For the foregoing reasons, we are transferring this complaint to your office for processing under Title VII of the Civil Rights Act of 1964 and Title I of the Americans with Disabilities Act of 1990.

OCR has notified the complainant and GDOE of this transfer and that EEOC will consider the date of filing to be the date the complaint was filed with OCR unless an earlier complaint was filed with EEOC.

Please find enclosed with this letter a copy of the complaint file. This transfer and the notices to the complainant and GDOE conclude OCR's consideration of this complaint.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

If you have any questions regarding this transfer, please contact me by phone at (206) 607-1603 or by e-mail at david.kauffman@ed.gov.

Sincerely,

David Kauffman
Staff Attorney

Enclosures

cc: Complainant (w/o enclosures)

Exhibit (5)
Schedule Intake Interview

3/21/2018

*Please forward this copy to Mr. Jon Calvo, Director of U.S. House Representative, Guam.*

EMILY MAUGA <EMILY.MAUGA@EEOC.GOV>

Wed 2/21/2018 2:28 PM

To: glau26@hotmail.com <glau26@hotmail.com>;

Mr. Lau,

We were transferred a complaint from the US Dept of Education regarding a complaint against Guam Dept of Education. Please contact our office at 808-541-3118 to schedule an intake interview. Thank you

**Emily Mauga**
Office Automation Assistant
EEOC- Honolulu Local Office
300 Ala Moana Blvd., Rm 4-257 Honolulu HI 96850
Email: emily.mauga@eeoc.gov
P-(808) 541-3118 Fax- (808) 541-3390
"God bless thee; and put meekness in thy mind, love, charity, obedience, and true duty",
<u>**William Shakespeare**</u>

RECEIVED MAR 21 2018 Congresswoman M. Z. Bordallo District Office



Exhibit (6)



**MADELEINE Z. BORDALLO**
GUAM

**ARMED SERVICES COMMITTEE**
RANKING MEMBER, SUBCOMMITTEE ON READINESS
SUBCOMMITTEE ON SEAPOWER AND PROJECTION FORCES

**NATURAL RESOURCES COMMITTEE**
SUBCOMMITTEE ON INDIAN, INSULAR, AND ALASKA NATIVE AFFAIRS
SUBCOMMITTEE ON WATER, POWER AND OCEANS

# Congress of the United States
## House of Representatives

**WASHINGTON, D.C. OFFICE:**
2441 RAYBURN HOUSE OFFICE BUILDIN
WASHINGTON, DC 20515
(202) 225-1188
FAX: (202) 226-0341

**DISTRICT OFFICE:**
120 FATHER DUENAS AVENUE
SUITE 107
HAGÅTÑA, GUAM 96910
(671) 477-4272
FAX: (671) 477-2587

http://www.house.gov/bordallo

August 13, 2018

Patricia Crawford
Director, Office of Communications and Legislative Affairs
Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507

Dear Ms. Crawford,

I write to request your assistance on behalf my constituent, Mr. Gabriel Lau (EEOC Charge 486-2018-00184), who completed and submitted his signed charged electronically with the Equal Employment Opportunity Commission - Honolulu Local Office by the May 31, 2018 deadline.

However, Mr. Lau was informed on June 22, 2018 that his charge was recommended for dismissal for an untimely submission despite meeting the May 31, 2018 deadline set by the EEOC - Honolulu Local Office. My office has requested clarification on the decision for dismissal but has yet to receive a response.

In this regard, I request a review of Mr. Lau's charge submission to determine its timeliness and that he retain the opportunity to have his case reviewed by the Commission. I make this request in accordance with all applicable rules, laws, and regulations.

Sincerely,

MADELEINE Z. BORDALLO
Member of Congress

Exhibit (7)



**MADELEINE Z. BORDALLO**
Guam

**ARMED SERVICES COMMITTEE**
Ranking Member, Subcommittee on Readiness
Subcommittee on Seapower and Projection Forces

**NATURAL RESOURCES COMMITTEE**
Subcommittee on Indian, Insular, and Alaska Native Affairs
Subcommittee on Water, Power and Oceans

# Congress of the United States
## House of Representatives

**WASHINGTON, D.C. OFFICE:**
2441 Rayburn House Office Building
Washington, DC 20515
(202) 225-1188
Fax: (202) 226-0341

**DISTRICT OFFICE:**
120 Father Duenas Avenue
Suite 107
Hagåtña, Guam 96910
(671) 477-4272
Fax: (671) 477-2587

http://www.house.gov/bordallo

September 14, 2018

Glory Gervacio Saure
Director, EEOC – Honolulu
PJKK Federal Building
300 Ala Moana Blvd Rm 4-257
Honolulu, Hawaii 96850

Dear Director Saure,

    Thank you for your email correspondence of August 31, 2018 concerning Mr. Gabriel Lau's discrimination charge filed on May 31, 2018 with your office. However, I write to seek further clarification on the two different filing deadlines presented to Mr. Lau: 1) The deadline of May 31, 2018 to sign and date the charge sent out to him on April 12, 2018 and 2) The deadline based on the latest date of discrimination on September 2, 2016, which puts his filing of a charge passed the statute of limitations of 180 days.

    It is Mr. Lau's understanding that his submission of his signed and returned charge on May 31, 2018 meets the deadline provided to him by EEOC Honolulu and that a decision on that submitted charge be granted. In this regard, your assistance in providing the applicable statutes or rules showing the applicability of the appropriate deadline is kindly requested. Should you have any questions or concerns, please contact Jon Calvo in my District Office. He can be reached at jon.calvo@mail.house.gov or (671) 477-4272. Thank you for your time and assistance regarding this matter.

Sincerely,

MADELEINE Z. BORDALLO
Member of Congress